**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **CARROLL W. ALLEN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:07-cv-207 |
| **MICHAEL J. ASTRUE, Commissioner** of Social Security, | ) (Phillips/Shirley) ) ) |
| Defendant. | ) ) |

**ORDER**

On July 28, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued an eleven-page Report and Recommendation ("R&R") [Doc. 19], in which he recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 12] be denied and the Commissioner's Motion for Summary Judgment [Doc. 17] be granted. The deadline for timely objections has passed with no such objections having been filed. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling, whereby plaintiff's Motion for Judgment on the Pleadings [Doc. 12] is **DENIED** and the Commissioner's Motion for Summary Judgment [Doc. 17] is **GRANTED**.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge